[No. 47315-8-I.  Division One.  October 15, 2001.]

PATRICIA MILLER, *Individually and as Guardian, Appellant,* v. RALPH A. LIKINS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-12035-3, Jeanette R. Burrage, J., entered August 18, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Baker and Appelwick, JJ. Now published at 109 Wn. App. 140.

[No. 47367-1-I.  Division One.  October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM RAYMOND LESTER, *Defendant,* SALOMON C. BENAVENTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-05952-0, Bruce W. Hilyer, J., entered August 29, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47456-1-I.  Division One.  October 15, 2001.]

COLLEEN ROSE YOUNG, *Individually and as Personal Representative, Appellant,* v. ARTHUR CLARK, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-02221-1, James H. Allendoerfer, J., entered October 4, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47509-6-I.  Division One.  October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE GARZA RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00411-9, David A. Nichols, J., entered October 24, 2000. *Remanded* by unpublished per curiam opinion.